**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Goli Mahdavi, California Bar No. 245705
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
Email:         scott.greene@bryancave.com
               goli.mahdavi@bryancave.com

Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. JETTE,<br><br>            Plaintiff,<br><br>      v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>            Defendants. | Case No.: 2:14-cv-01451-JAM-CMK<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |

This Stipulation is entered into by Plaintiff Susan Jette ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Defendant").

WHEREAS, on August 22, 2014, this Court issued a STATUS (Pre-trial Scheduling) ORDER, which set the following pretrial schedule:

| | |
|---|---|
| Trial Date: | October 26, 2015 |
| Final Pretrial Conference: | September 16, 2015 |
| Last Day for Hearing on Dispositive Motions: | August 5, 2015 |
| Last Day for Filing Dispositive Motions: | July 8, 2015 |
| Discovery Cutoff: | May 29, 2015 |
| Due Date for Joint Mid-Litigation Statements: | May 15, 2015 |
| Supplemental Disclosure of Expert Witnesses: | March 27, 2015 |
| Disclosure of Expert Witnesses: | March 20, 2015 |

WHEREAS, Plaintiff submitted a loan modification application to Defendant on April 9, 2015.

WHEREAS, Defendant is in the process of reviewing Plaintiff's loan modification application.

WHEREAS, Plaintiff and Defendant agree that it would be beneficial to pursue informal resolution of this matter via the loan modification application process.

WHEREAS, the parties request a 6-month continuance of all discovery, dispositive motion, and pretrial deadlines to avoid the unnecessary expenditure of party or Court resources.

WHEREAS, the parties have not previously requested a continuance of the pretrial dates set by the Court.

NOW, THEREFORE, Plaintiffs and Defendants desire and hereby STIPULATE to the following trial date and pretrial schedule:

| | |
|---|---|
| Trial Date: | April 26, 2016 |
| Final Pretrial Conference: | March 15, 2016 |
| Last Day for Hearing on Dispositive Motions: | February 3, 2016 |
| Last Day for Filing Dispositive Motions: | December 9, 2015 |

| | | |
|---|---|---|
| 1 | Discovery Cutoff: | November 27, 2015 |
| 2 | Due Date for Joint Mid-Litigation Statements: | November 12, 2015 |
| 3 | Supplemental Disclosure of Expert Witnesses: | August 27, 2015 |
| 4 | Disclosure of Expert Witnesses: | August 20, 2015 |

**IT IS SO STIPULATED.**

Dated:   April 10, 2015         **BRYAN CAVE LLP**
C. Scott Greene
Goli Mahdavi


By: _____
         Goli Mahdavi
Attorneys for Defendant
OCWEN LOAN SERVICING, LLC


Dated:   April 10, 2015         **GOLDEN & CARDONA-LOYA, LLP**
Jeremy S. Golden


By: _____
         Jeremy S. Golden
Attorneys for Plaintiff
Susan E. Jette

242841.1\C080300\0370910                         2
STIPULATION TO CONTINUE TRIAL DATE

## **ORDER** (AS MODIFIED BY THE COURT)

Having reviewed the stipulation of Plaintiff Susan Jette and Defendant Ocwen Loan Servicing, LLC, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the October 26, 2015 trial date is continued until April 26, 2016.  The pretrial schedule shall be as follows:

| | |
|---|---|
| Trial Date: | April 25, 2016 at 9:00 a.m. |
| Final Pretrial Conference: | March 11, 2016 at 11:00 a.m. |
| Joint pretrial statement filed by: | March 4, 2016; |
| Last Day for Hearing on Dispositive Motions: | January 27, 2016 at 9:30 a.m. |
| Last Day for Filing Dispositive Motions: | December 30, 2015 |
| Discovery Cutoff: | November 27, 2015 |
| Due Date for Joint Mid-Litigation Statements: | November 12, 2015 |
| Supplemental Disclosure of Expert Witnesses: | August 27, 2015 |
| Disclosure of Expert Witnesses: | August 20, 2015 |

Dated:  April 10, 2015        /s/ John A. Mendez
Honorable Judge John A. Mendez
United States District Court
Eastern District of California