**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Tracy M. Talbot, California Bar No. 259786
Monique Jewett-Brewster, California Bar No. 217792
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:   scott.greene@bryancave.com
         tracy.talbot@bryancave.com
         monique.jewettbrewster@bryancave.com

Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN E. JETTE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-01451-JAM-CMK<br><br>**JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS**<br><br>**AS AMENDED BY THE COURT**<br><br>Hon. John A. Mendez |

256539.2\C080300\0370910

JOINT STIPULATION TO STAY PROCEEDINGS

This Stipulation is entered into by Plaintiff Susan Jette ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Defendant," collectively with Plaintiff, the "Parties").

WHEREAS, Plaintiff filed her Complaint and Demand for Jury Trial ("Complaint") on June 17, 2014.

WHEREAS, Plaintiff initiated the loan modification process with Defendant shortly after the Complaint was filed.

WHEREAS, the Parties previously agreed to extend Defendant's time to file an answer to the Complaint so that Plaintiff's loan modification application could be reviewed.

WHEREAS, the Parties further agreed to continue the trial date set in this matter from October 26, 2015 to April 26, 2016, along with all related pretrial deadlines.

WHEREAS, Plaintiff submitted an updated loan modification application to Defendant on April 9, 2015.

WHEREAS, on July 27, 2015, Defendant extended a Home Affordable Mortgage Program ("HAMP") Trial Period Plan ("TPP") to Plaintiff, which TPP Plaintiff accepted.

WHEREAS, Plaintiff's payments under the TPP are due on September 1, 2015, October 1, 2015, and November 1, 2015, respectively.

WHEREAS, the Parties agree that it would be beneficial to pursue informal resolution of this matter via the loan modification application process and continued settlement negotiations.

WHEREAS, the Parties seek to stay all proceedings in this matter for six (6) months, including all discovery, dispositive motion, and pretrial deadlines, including Defendant's deadline to respond to the Complaint, to avoid the unnecessary expenditure of party or Court resources.

WHEREAS, the Parties agree that the stay requested herein is not requested for the purposes of delay and will not result in any prejudice to the Parties or to the Court.

NOW, THEREFORE, the Parties desire and hereby STIPULATE to the following trial date and pretrial schedule, in line with their request for a six-month stay of proceedings:

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Trial Date: | October 25, 2016 |
| 2 | Final Pretrial Conference: | September 9, 2016 |
| 3 | Joint Pre-Trial Statement filed by: | September 2, 2016 |
| 4 | Last Day for Hearing on Dispositive Motions: | July 27, 2016 |
| 5 | Last Day for Filing Dispositive Motions: | June 29, 2016 |
| 6 | Discovery Cutoff: | May 27, 2016 |
| 7 | Due Date for Joint Mid-Litigation Statements: | May 12, 2016 |
| 8 | Supplemental Disclosure of Expert Witnesses: | February 25, 2016 |
| 9 | Disclosure of Expert Witnesses: | February 18, 2016 |

**IT IS SO STIPULATED.**

Dated:   August 10, 2015                **BRYAN CAVE LLP**
C. Scott Greene
Tracy M. Talbot
Monique Jewett-Brewster


By: /s/ Monique Jewett-Brewster
         Monique Jewett-Brewster
Attorneys for Defendant
Ocwen Loan Servicing, LLC

Dated:   August 10, 2015                **GOLDEN & CARDONA-LOYA, LLP**
Jeremy S. Golden


By: /s/ Jeremy S. Golden
         Jeremy S. Golden
Attorneys for Plaintiff Susan E. Jette

I hereby attest that I have on file the permission of all necessary filers for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

              /s/ Monique Jewett-Brewster

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

# ORDER - AS AMENDED BY THE COURT

Having reviewed the stipulation of Plaintiff Susan Jette and Defendant Ocwen Loan Servicing, LLC, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the April 26, 2016 trial date is continued until October 25, 2016.  The pretrial schedule shall be as follows:

| | |
|---|---|
| Trial Date: | October 24, 2016 at 9:00 a.m. |
| Final Pretrial Conference: | September 9, 2016 at 11:00 a.m. |
| Joint Pre-Trial Statement filed by: | September 2, 2016 |
| Last Day for Hearing on Dispositive Motions: | July 26, 2016 at 1:30 p.m. |
| Last Day for Filing Dispositive Motions: | June 28, 2016 |
| Discovery Cutoff: | May 27, 2016 |
| Due Date for Joint Mid-Litigation Statements: | May 12, 2016 |
| Supplemental Disclosure of Expert Witnesses: | February 25, 2016 |
| Disclosure of Expert Witnesses: | February 18, 2016 |

Dated:  8/10/2015        /s/ John A. Mendez
Honorable Judge John A. Mendez
United States District Court
Eastern District of California